

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00907-CV

**IN RE SEGREST SALTWATER RESOURCES, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  January 7, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 29, 2014, relator filed a petition for writ of mandamus complaining of the trial court's order granting a motion to transfer venue of the underlying litigation to Midland County, Texas. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 14-06-0426-CVA, styled *Segrest Saltwater Resources, LLC v. Pyote Water Systems, LLC; Pyote Water Systems II, LLC; Pyote Water Systems III, LLC; Pyote Water Solutions, LLC; Pyote Well Service, LLC; H.H. "Trip" Wommack III; George J. Wommack; Petro Waste Environmental, LLC; Petro Waste Environmental LP; and Josh Haislip*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.